No error.

———————

I. S. ROBINSON v. ED. D. HUFFSTETLER.

(Filed 5 May, 1915.)

**Appeal and Error—Matters of Fact.**

 This action seeking to recover damages for wrongfully detaining the plaintiff's mules, involves largely matters of fact, with instructions following the rulings on a former appeal, and no error is found.

APPEAL by defendant from *Shaw, J.,* at September Term, 1914, of GASTON.

Civil action, brought to recover two mules alleged to have been wrongfully detained by the defendant, and damages alleged to have been sustained by the plaintiff. The following are the issues submitted:

1. Is the plaintiff the owner and entitled to the possession of the two black mare mules, as alleged in the complaint? Answer: "Yes."

2. What is the value of said mules? Answer: "$450."

3. What damage, if any, is the plaintiff entitled to recover of the defendant by reason of the wrongful detention of the said mules? Answer: "None."

*Mason & Mason, George W. Wilson for plaintiff.*
*Mangum & Woltz, A. C. Jones for defendant.*

PER CURIAM. This case was before this Court at Spring Term, 1914, and is reported in 165 N. C., 459. In the opinion of *Mr. Justice Allen* the law applicable to the facts of this case is fully discussed, and in the

last trial the court below has carefully followed the opinion of this Court. The matters submitted to the jury were largely questions of fact, and have been determined by the jury under a charge free from error.

We have examined the several assignments of error, and find them to be without merit.

No error.